**PETITION: SMALL CLAIMS CASE**

CASE NUMBER (Court Use Only): 31-SC- 16-00297

Plaintiff(s): George Morris
Address: PO Box 864091
City: Plano   State: TX   Zip: 75086   Phone: 0

FILED 2016 NOV 10 PM 4:41 JUSTICE COURT PCT 3-1 BY CLERK

IN THE JUSTICE COURT
JUSTICE OF THE PEACE
PRECINCT 3-1
COLLIN COUNTY, TEXAS

VS.

Defendant(s): Advantage U
By Serving:
Phone: 855-451-2150
Address: 343 State St
City: Rochester   State: NY   Zip: 14650-1002   County: Monroe

Service Monroe County Sheriff
$23 to Attn: Civil Bureau
130 South Plymouth Ave
5th Floor
Rochester NY 14614
2 Copies & Cover Sheet

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
3 calls to my Do-Not-Call listed phone number, in willful violation of the Telephone Consumer Protection Act (TCPA). Plaintiff seeks $1500 statutory damages per violation.

**RELIEF:** Plaintiff seeks damages in the amount of $ 4,500, and/or return of personal property as described as follows (be specific): 0, which has a value of $ 0.
Additionally, plaintiff seeks the following: Court fees of $23 + $41

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

George Morris
Petitioner's Printed Name

/s/ GM
Signature of Plaintiff or Attorney
PO Box 864091
Address of Plaintiff or Attorney
Plano   TX   75086
City   State   Zip
0
Phone Number/Fax Number

920 East Park Blvd, Ste 220, Plano, TX 75074 Ph#972-881-3001; Fax#972-881-3157; email: jp3_1admin@collincountytx.gov

EXHIBIT C