# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| GEORGE MORRIS,    Plaintiff, | § § § |
| V. | § § |
| REAL AGENT PRO, LLC D/B/A ADVANTAGE U    Defendants. | § § § § | 

CASE NO. 4:17CV338
Judge Mazzant/Judge Johnson

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636.  On June 16, 2017, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations (*see* Dkt. 9) that this case should be **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the Justice Court of Collin County, Texas, Precinct 3 Place 1, where it was originally filed and assigned Cause Number 31-SC-16-00297.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Therefore, Plaintiff's motion to remand (Dkt. #6) is **GRANTED**, and this case is **REMANDED** to the Justice Court of Collin County, Texas, Precinct 3 Place 1.

**It is SO ORDERED.**

 SIGNED this 21st day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE